# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL A. NEWMAN, II, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNION PACIFIC RAILROAD COMPANY, )<br>)<br>)<br>    Defendant. )<br>) | Case No. 12-CV-2518  JTM/KGG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, acting by and through his and its attorneys of record, that the above-entitled action and Complaint shall be dismissed with prejudice, each party to pay his or its own costs, and that the Court may enter an order in accordance with this Stipulation without further notice.

DATED this 6th day of May, 2014.            Respectfully submitted,


/s/ Rick D. Holtsclaw                             /s/ Gregory F. Maher
Rick D. Holtsclaw, KS#23733              Gregory F. Maher,  KS#11061
Holtsclaw Firm                                     Thomas J. Koehler, KS#10285
2029 Wyandotte Street, Suite 100       Yeretsky & Maher, LLC
Kansas City, Missouri 64108               7200 West 132nd Street, Suite 330
Telephone:  816.221.2555                   Overland Park, Kansas 66213
*rick@holtsclawfirm.com*                    Telephone: (913) 897-5813
                                                             *gmaher@ymllc.com*
ATTORNEY FOR PLAINTIFF            *tkoehler@ymllc.com*

                                                             Torry N. Garland *(pro hac vice)*
                                                             Union Pacific Railroad Company
                                                             Law Department
                                                             1400 W. 52nd Avenue
                                                             Denver, Colorado  80221
                                                             Telephone: (303) 405-5402
                                                             *tngarlan@up.com*

                                                             ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on this 6th day of May, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Gregory F. Maher – gmaher@ymllc.com
    Thomas J. Koehler – tkoehler@ymllc.com
    Torry Garland – tngarland@up.com
    **ATTORNEYS FOR DEFENDANT**

           /s/ Rick D. Holtsclaw