# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL A. NEWMAN, II, | ) |
| Plaintiff, | ) ) |
| | ) Case No. 12-CV-2518-JTM |
| vs. | ) ) |
| UNION PACIFIC RAILROAD COMPANY, | ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Wichita, Kansas, this 6th day of May, 2014.


 s/ J. Thomas Marten
CHIEF JUDGE J. THOMAS MARTEN